FILED

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0217

_____

JULIE KOSTELECKY, an individual, on behalf of herself and her minor child S.M.K.; and JASON KOSTELECKY, an individual, on behalf of himself and his minor child S.M.K.,

Plaintiffs and Appellants,

v.

PEAS IN A POD LLC; LACEY ALLEN; ERICA WILLIAMS; JANE AND JOHN DOES 1-10,

Defendants and Appellees.

_____

**ORDER GRANTING EXTENSION OF TIME**
_____

Upon consideration of Appellees' Unopposed Motion for Extension of Time to File Answer Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including November 3, 2021, within which to file and serve their answer brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2021